■     In the Matter of JEREMIAH J. O'BRIEN, Appellant, v. JOHN M. BECK-MANN, as Commissioner of Police of Nassau County, Respondent.— In a proceeding under article 78 of the Civil Practice Act, to review a determination of the respondent Police Commissioner, made March 26, 1959 after a hearing, which dismissed the petitioner from his position as a patrolman in the Nassau County Police Department, the petitioner appeals from an order of the Supreme Court, Nassau County, dated July 14, 1959, granting said respondent's cross motion to dismiss the petition on the ground that the proceeding had not been brought within the time prescribed by law. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■     In the Matter of GEORGE M. RUOCCO et al., Appellants, v. ABRAHAM ISSEKS, as District Attorney of Orange County, Respondent.— In a proceeding under article 78 of the Civil Practice Act, to enjoin the District Attorney of Orange County from using petitioners' alleged confessions upon their retrial for murder in the first degree and to compel the District Attorney to suppress such confessions, by reason of the decision of this court on a prior appeal (*People* v. *Ruocco,* 11 A D 2d 807), petitioners appeal from an order of the Supreme Court, Orange County, dated January 4, 1962, which denied their application. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.